FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAY 16 2008
at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

ORIGINAL

RECEIVED
CLERK U.S. DISTRICT COURT
MAY 16 2008
DISTRICT OF HAWAII

RE: US vs. Sengasala CR. 00-00106HG and 01-00135HG

Pro Se Motion for Reduction in sentence and appointment of counsel.

To: Honorable Judge Gillmor,

I was sentenced in your court to 120 months after three seperate cooperation motions. I was in criminal history catagory II for two driving w/o license convictions, my current release date is 01/23/09. I am requesting that you reduce my sentence by 8 months, under the recent amendment to the sentencing guidlines for crack cocaine. I have served over eight years now. I understand that due to the fact



that I already received a reduction for cooperation I may be ineligable, but I belive it would be fair if you were to award me this Reduction. I cooperated fully with the government at all times and I regret my actions. I have learned my lesson and I feel I am ready to return to my family and society. also please apoint me a public defender for any further matters related to this. Thank you for your consideration on this.

Sincerly,

Stuart J. Seugasala Jr.