# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR. NO. 00-00106HG |
| CASE NAME: | United States of America Vs. (01) Stuart Seugasala |
| ATTYS FOR PLA: | Thomas J. Brady |
| ATTYS FOR DEFT: | Rustam Barbee |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Debra Chun |
| DATE: | 08/05/2008 | TIME: | 10:35am-10:54am |

COURT ACTION:   EP: Status Conference as to Defendant (01) Stuart Seugasala

   Defendant's presence waived. Re: Defendant's Motion for Reduction in Sentence (Document No. 265)-Oral Argument Held. Motion is hereby Denied.


Submitted by Leslie L. Sai, Courtroom Manager